## UNITED STATES
### v.
## JOHN BAILEY

### 1811

#### JOURNAL ENTRIES

1. Indictment delivered . . . . . . . . *Journal, infra,* *p. 362
2. Plea; issue; jurors; verdict; escape; recapture . . . . " 369
3. Sentence . . . . . . . . . . . . . " 389

#### PAPERS IN FILE

1. Affidavit of Samuel B. Goodrich . . . . . . . . . .
2. Warrant of arrest . . . . . . . . . . . . . .
3. Subpoena for Samuel B. Goodrich and George McDougall . . . .
4. Forged note on Manhattan Company . . . . . . . . .
5. Forged note of Newark Banking and Ins. Co. . . . . . . .
6. Forged note of Bank of Hudson . . . . . . . . . .
7. Forged note of Bank of Hudson . . . . . . . . . .